1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  SKYE DAVIS  (NYBN 3994076)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3771
7      Fax: (510) 637-3724
       E-Mail: skye.davis@usdoj.gov
8
9  Attorneys for the United States of America

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                        OAKLAND DIVISION

14 UNITED STATES OF AMERICA,       )   No. CR 09-01188 SBA
                                   )
15                                 )
       v.                          )
16                                 )   STIPULATED REQUEST AND ORDER
   JOSE LUIS LOPEZ QUINTANILLA,    )   TO CONTINUE HEARING DATE TO
17                                 )   JUNE 8, 2010 AND TO EXCLUDE TIME
                                   )   UNDER SPEEDY TRIAL ACT
18     Defendant.                  )   CALCULATION (18 U.S.C. §
                                   )   3161(h)(7)(A) and (B))
19 _____)

20     The above-captioned matter is set on May 4, 2010, before this Court for a change of plea

21 without a plea agreement.  The parties jointly request that the Court continue the matter to June

22 8, 2010 at 11:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §

23 3161(h)(7)(A) and (B), between the date of this stipulation and June 8, 2010.

24     On December 17, 2009, the Grand Jury charged Mr. Jose Luis Lopez Quintanilla

25 ("Defendant") with being a deported alien found in the United States, in violation of 8 U.S.C. §§

26 1326(a) and (b).  On April 6, 2010, Defendant appeared before the Court for a status hearing.  At

27 the hearing, this Court put the matter on calendar for a change of plea on May 4, 2010.  The

28 parties now jointly request that the Court continue the matter to June 8, 2010, in order to allow

[*United States* v. *Lopez Quintanilla*, CR 09-01188 SBA]
[Stipulation and Order Excluding Time]

the government and defense time to obtain and review additional records, specifically, the audio recordings of Defendant's underlying deportation hearing.  For this reason, the parties agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the parties agree that the period of time from the date of this Stipulation to June 8, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED:   April 28, 2010

/s/
SKYE DAVIS
Special Assistant United States Attorney

DATED:   April 28, 2010

/s/
JOYCE LEAVITT, ESQ.
Attorney for Def. Jose Lopez Quintanilla

IT IS SO ORDERED.

DATED:   May 3, 2010

HON. SAUNDRA B. ARMSTRONG
United States District Court Judge

[*United States* v. *Lopez Quintanilla*, CR 09-01188 SBA]
[Stipulation and Order Excluding Time]