IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE LUIS LOPEZ QUINTANILLA,<br><br>　　　　Defendant. | No. CR-09-01188 SBA<br><br>ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |

Based on the reasons provided in the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED THAT the hearing scheduled for June 8, 2010 is CONTINUED to July 6, 2010 at 2:00 p.m. for change of plea or status. The time from June 8, 2010 up to and including July 6, 2010 is excluded from the speedy trial clock, pursuant to 18 U.S.C. Section 3161(h)(7)(A) and (B)(iv), on the grounds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial, where such continuance is necessary for the effective preparation of counsel, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: 6/8/10

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1