BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant LOPEZ QUINTANILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS LOPEZ QUINTANILLA,<br><br>Defendant. | No. CR 09-01188 SBA<br><br>STIPULATION AND ORDER VACATING STATUS DATE; SETTING BRIEFING SCHEDULE AND HEARING DATE; EXCLUSION OF TIME |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing for defendant Jose Luis Lopez Quintanilla, currently set for Thursday, August 5, 2010 at 2:00 p.m. is vacated and the following briefing schedule is hereby set: defendant will be filing a motion to dismiss on or before August 31, 2010; the government will file an opposition to the motion on or before September 14, 2010; the defendant will file a reply on or before September 28, 2010, and a hearing on the defendant's motion to dismiss will be heard on Tuesday, October 19, 2010, at 11:00 a.m.

*U S v. Lopez Quintanilla,* CR 09-01188SBA;
stip.vacating status & setting briefing dates            - 1 -

1   IT IS FURTHER STIPULATED that the time from now until the conclusion of the hearing on

2  October 19, 2010 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18

3  U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that counsel can

4  continue its investigation into the circumstances surrounding the prior deportation hearing and the

5  equities which the defendant could have presented in support of his relief from deportation,

6  including the interviewing of witnesses and additional research regarding the political climate in El

7  Salvador at the time that the defendant was seeking relief.

8

9

10  DATED: 8/4/10                              /s/_____
                                              JOYCE LEAVITT
11                                            Attorney for Alberto Romero-Ramirez

12

13

14  DATED: 8/4/10                              /s/_____
                                              JOHN D. COOKE
15                                            Special Assistant United States Attorney

16

17   I hereby attest that I have on file all holographed signatures for any signatures indicated by a
    conformed signature (/s/) within this e-filed document.

18

19

20

21

22

23

24

25

26

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for defendant Jose Luis Lopez Quintanilla, currently set for Thursday, August 5, 2010 at 2:00 p.m. is hereby vacated.

IT IS FURTHER ORDERED that defendant's motion to dismiss shall be filed no later than August 31, 2010; the government's opposition shall be filed no later than September 14, 2010; and the defendant's reply shall be filed no later than September 28, 2010.  A hearing on the defendant's motion to dismiss will be heard on Tuesday, October 19, 2010, at 11:00 a.m.

IT IS FURTHER ORDERED that the time from now until the conclusion of the hearing on October 12, 2010 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, and  for adequate preparation of counsel so that counsel can continue its investigation into the circumstances surrounding the prior deportation hearing and the equities which the defendant could have presented in support of his relief from deportation, including the interviewing of witnesses and additional research regarding the political climate in El Salvador at the time that the defendant was seeking relief.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 8/4/10

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

*U S v. Lopez Quintanilla,* CR 09-01188SBA;
stip.vacating status & setting briefing dates          - 3 -