1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                            OAKLAND DIVISION
10

11
12  UNITED STATES OF AMERICA,                  Case No: CR 09-01188 SBA
13              Plaintiff,                     **ORDER CONTINUING MOTION HEARING**
14        vs.
15  JOSE LUIS LOPEZ QUINTANILLA,
16              Defendant.

17
18        IT IS HEREBY ORDERED THAT the hearing on Defendant's motion to dismiss is
19  CONTINUED from October 19, 2010, to **November 16, 2010, at 11:00 a.m.**
20        IT IS SO ORDERED.
    Dated: October 19, 2010
21                                             _____
                                               SAUNDRA BROWN ARMSTRONG
22                                             United States District Judge
23
24
25
26
27
28