UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSE LUIS LOPEZ QUINTANILLA,<br><br>　　　　Defendant. | Case No:  CR 09-01188 SBA<br><br>**ORDER CONTINUING HEARING** |

　　　IT IS HEREBY ORDEDERED THAT the hearing on Defendant's motion to dismiss is CONTINUED from November 16, 2010, to <u>November 30, 2010 at 11:00 a.m.</u>  No additional briefs may be submitted in connection with the motion.  The Court, in its discretion, may resolve the motion without oral argument in advance of the hearing date.  Time under the Speedy Trial Act remains automatically tolled, pursuant to 18 U.S.C. § 3161(h)(1)(D).

　　　IT IS SO ORDERED.

Dated:  November 15, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge