UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE LUIS LOPEZ QUINTANILLA,<br>a/k/a Jose Luis Lopez,<br>a/k/a Jose Lopez,<br><br>　　　　Defendant. | Case No:  CR 09-01188 SBA<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |

　　Good cause appearing,

　　IT IS HEREBY ORDERED THAT Defendant's motion for leave to file a motion for reconsideration is GRANTED.  The Government shall file its opposition to Defendant's motion for reconsideration by no later than February 15, 2011, and Defendant may file a reply by no later than February 22, 2011.  The opposition may not exceed fifteen (15) pages and Defendant's reply may not exceed seven (7) pages.  The hearing on the motion for reconsideration is scheduled for **March 29, 2011 at 11:00 a.m.**  The Court, in its discretion, may resolve the motion without oral argument.

　　IT IS SO ORDERED.

Dated:  January 24, 2011

　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge