1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant JOSE LUIS LOPEZ-QUINTANILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 09-01188 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | EXTEND FILING DATE FOR REPLY |
| | ) | BRIEF |
| | ) | |
| JOSE LUIS LOPEZ- | ) | |
| QUINTANILLA, | ) | |
| | ) | |
| Defendant. | | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that defendant Jose Luis Lopez Quintanilla's reply brief in support of the Motion for Reconsideration ("Motion"), currently due to be filed on February 22, 2011 may be filed no later than March 1, 2011. The hearing on the Motion will remain on March 29, 2011, at 11:00 a.m. The reason for the request is that defense counsel has been sick over the last week and the stipulation will allow counsel an additional week to prepare and file the reply brief. There is no need to stipulate to any further exclusion of time under the provisions of the Speedy Trial Act, because time previously has been

1 excluded through March 29, 2011, which is the date of the hearing on the Motion.

3 DATED: 2/22/11           _____/s/_____
                 JOYCE LEAVITT
4                  Assistant Federal Public Defender

6 DATED: 2/22/11           _____/s/_____
                 JOSEPH P. AUDAL
7                  Special Assistant United States Attorney

9   I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## **ORDER**

13   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Jose Luis Lopez Quintanilla's reply brief in support of the Motion for Reconsideration ("Motion"), currently due on February 22, 2011, shall be filed no later than March 1, 2011. The hearing on the Motion shall remain on March 29, 2011, at 11:00 a.m.

  SO ORDERED.

20 DATED: 2/23/11

                 _____
                 HONORABLE SAUNDRA BROWN ARMSTRONG
                 United States District Judge