UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>JOSE LUIS LOPEZ QUINTANILLA,<br><br>           Defendant. | Case No:  CR 09-01188 SBA<br><br>**ORDER CONTINUING HEARING** |

   IT IS HEREBY ORDEDERED THAT the hearing on Defendant's motion for reconsideration (Dkt. 45) is CONTINUED from March 29, 2011, to <u>April 19, 2011 at 11:00 a.m.</u>  No additional briefs may be submitted in connection with the motion.  The Court, in its discretion, may resolve the motion without oral argument in advance of the hearing date.  Time under the Speedy Trial Act remains automatically tolled, pursuant to 18 U.S.C. § 3161(h)(1)(D).

   IT IS SO ORDERED.

Dated:  March 23, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge