1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSEPH P. AUDAL (NYBN 4786935)
   Special Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, CA 94612
   Telephone: (510) 637-3680
7  Fax: (510) 637-3724
   E-Mail: joseph.audal@usdoj.gov
8
   Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13

14 UNITED STATES OF AMERICA,      )   No. CR-09-01188 SBA
                                  )
15       Plaintiff,               )   STIPULATION AND ORDER
                                  )
16    v.                          )   Date: April 26, 2011
                                  )   Time: 11:00 a.m.
17 JOSE LUIS LOPEZ QUINTANILLA,   )   Court: Hon. Saundra B. Armstrong
                                  )
18       Defendant.               )
                                  )
19 _____)

20       The above-captioned matter is set on April 26, 2011 before the Honorable Saundra B.

21 Armstrong for a motion hearing. The parties jointly request that this Court continue the motion

22 hearing to May 3, 2011, at 11 a.m. The parties request this continuance because attorney for

23 United States will be out of the country the week of April 24, 2011, to May 1, 2011.

24 ///

25 ///

26 ///

27 ///

28 ///

U.S. v. QUINTANILLA, CR 09-01188 SBA
Stipulation and [Proposed] Order

1  For this reason, the parties agree that a brief continuance is warranted.

3  DATED:      April 15, 2011                              /S/
                                                  JOSEPH P. AUDAL
4                                                 Special Assistant United States Attorney

6  DATED:      April 15, 2011                              /S/
                                                  JOYCE LEAVITT
7                                                 Counsel for Jose Luis Lopez Quintanilla

### ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the motion hearing in this case, currently scheduled for April 26, 2011, before the Honorable Saundra B. Armstrong is VACATED and RESET to May 3, 2011, at 11 a.m.

SO ORDERED.

DATED: _4/19/11                                   _____
                                                  SAUNDRA B. ARMSTRONG
                                                  United States District Judge